FILED & ENTERED

DEC 16 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY cargill    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re:<br><br>Joel Pilchong Chun<br><br><br>Debtor(s). | CHAPTER 7<br><br>Case No.:  6:22-bk-11225-RB<br>Adv No:   6:22-ap-01058-RB<br><br>**ORDER SETTING HEARING ON REQUEST FOR REMOVAL FROM COURTESY NOTICE OF ELECTRONIC FILING** |
| Happy Rock Merchant Solutions LLC,<br><br>Plaintiff(s),<br>v.<br><br>Joel Pilchong Chun<br><br><br>Defendant(s). | Date:        March 7, 2023<br>Time:        2:00 p.m.<br>Courtroom: 303<br>                    3420 Twelfth Street,<br>                    Riverside, CA 92501<br><br>(In-Person and Zoom Appearances) |

On August 6, 2022, Plaintiff Happy Rock Merchant Solutions LLC ("Plaintiff") through Plaintiff's counsel, Steven S. Newburgh[1] ("Plaintiff's counsel"), filed a Motion to

---

[1] Steven S. Newburg, Florida Bar No. 0348619.

-1-

Appear Pro Hac Vice and associated local counsel, J. Scott Bovitz ("Plaintiff's Local counsel"), in support of the application. Dkt. 8.

On August 9, 2022, this Court entered an order granting the Motion to Appear Pro Hac Vice filed by Plaintiff's counsel. Dkt. 11. On November 28, 2022, Plaintiff's Local counsel filed a Request for Removal from Courtesy Notice of Electronic Filing ("Removal Request") seeking to withdraw his representation of Plaintiff in this adversary proceeding. Dkt. 38.

However, LBR 2090-1(b) requires that a nonresident attorney must designate a local attorney who is already admitted to practice in the Central District of California. LBR 2090-1(b). The Court having reviewed the Removal Request and other related documents, and given the concerns mentioned above,

**IT IS ORDERED** that:

1. a hearing on the Removal Request will be held on **March 7, 2023, at 2:00 p.m.** in Courtroom 303 at the Riverside Bankruptcy Court located at 3420 Twelfth Street, Riverside, California.

###

Date: December 16, 2022

Magdalena Reyes Bordeaux
United States Bankruptcy Judge

-2-